In the Matter of the Application of THEODOR G. LURMAN, Respondent, for a Peremptory Writ of Mandamus Directed to THE COFFEE EXCHANGE of the City of New York, Appellant.

*Matter of Lurman*, 90 Hun, 303, affirmed.
(Argued April 20, 1896; decided May 26, 1896.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made December 18, 1895, which reversed an order of Special Term denying a motion for a writ of peremptory mandamus and directed that the writ issue.

*Edward M. Shepard* for appellant.

*Charles Stewart Davison* for respondent.

Order affirmed on opinion of General Term, with costs.
All concur.